IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 MAR -6  P 4: 47

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC. NO. 2:08-mc-3397-MHT |
| ELIZABETH L. HELMS, | ) |
| Defendant, | ) |

## MOTION FOR ORDER REQUIRING EXAMINATION
## OF JUDGMENT DEBTOR

Plaintiff, United States of America, moves the Court to issue an Order requiring the Defendant, ELIZABETH L. HELMS, to appear and testify at a Judgment Debtor Examination in aid of execution under Rule 69 F.R.C.P., and in support of this Motion relies upon the Affidavit annexed hereto as Exhibit A.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) MISC. NO. 2:08-mc-3397-MHT |
| ELIZABETH L. HELMS, | ) ) ) |
| Defendant, | ) |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on January 4, 2006 for Plaintiff and against Defendant for the sum of $146,678.54, together with interest thereon from the date of Judgment, and costs.

3. Defendant, ELIZABETH L. HELMS, resides at 207 Main Street, Midway, Alabama 36053, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of March 3, 2008, is $159,980.98.

                                    LEURA G. CANARY
                                    United States Attorney

By: _____
     R. RANDOLPH NEELEY
     Assistant United States Attorney
     Bar Number: 9083-E56R
     Attorney for Defendant
     Post Office Box 197
     Montgomery, AL  36101-0197
     Telephone No.: (334) 223-7280
     Facsimile No.: (334) 223-7418
     E-mail: rand.neeley@usdoj.gov

Sworn to and subscribed before me this

___6th___ day of ___March___, 2008.

_____
       NOTARY PUBLIC

Case 2:08-mc-03397-MHT-TFM   Document 1-2   Filed 03/06/2008   Page 2 of 2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) MISC. NO. 2:08-mc-3397-MHT |
| ELIZABETH L. HELMS | ) ) ) |
| Defendant | ) |

## ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff, United States of America, having moved the Court for an Order requiring the Defendant, ELIZABETH L. HELMS, to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

It is ORDERED that the Motion for Order Requiring Examination of Judgment Debtor is GRANTED.

It is ORDERED that Defendant, ELIZABETH L. HELMS, appear at 10:00 a.m. on the 16th day of April, 2008, Courtroom 4A, United States Federal Courthouse, One Church Street, Montgomery, Alabama 36104, to answer questions concerning her real and personal property.

It is further ORDERED that Defendant bring the following documents:

1. Copies of personal and business income tax returns for the years 2004, 2005, 2006, and 2007.

2. Copies of all personal and business bank statements for the years 2004, 2005, 2006, and 2007.

3. Record of any safety deposit box in your name or that of your spouse.

    4. Copy of title or deed of personal residence if owned by you or any member of your family. If not, a copy of proof of ownership by unrelated party.

    5. Copy of title or license of automobiles, airplanes, motorcycles and boats owned or driven by you or your spouse.

    DEFENDANT, ELIZABETH L. HELMS, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR HER ARREST. A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

    DATED this _____ day of ___March___, 2008.

_____
UNITED STATES MAGISTRATE JUDGE